UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

LARRY LEE SEABURG,

   Petitioner,

v.          **ORDER**
            Civil File No. 06-324 (MJD/AJB)

UNITED STATES OF AMERICA,

   Respondent.
_____

Larry Lee Seaburg, pro se.

Jeffrey S. Paulsen, Assistant United States Attorney, Counsel for Respondent.
_____

  The above-entitled matter comes before the Court upon four motions by Petitioner Larry Lee Seaburg: Demand for a Hearing to Obtain Records [Docket No. 20]; Renewed Refiled Motion for Expedited Appointment of Counsel [Docket No. 21]; Demand for a Hearing to Determine if Larry Lee Seaburg Has Completed an Illegal Term of Supervised Release [Docket No. 22]; and Demand to Obtain Court Records [Docket No. 24].

  On March 23, 2006, this Court adopted the Magistrate Judge's Report and Recommendation and dismissed the case for lack of jurisdiction. On March 30, 2006, Seaburg filed five more motions, which the Court construed as a motion for

1

reconsideration. On April 14, 2006, the Court denied the motion for reconsideration and instructed that the case was dismissed and should be closed. Seaburg has continued to file motions in this closed case that the Court is without jurisdiction to hear. Furthermore, Seaburg's motions repeat motions that the Court has previously denied in this case.

**IT IS HEREBY ORDERED** that:

1. Demand for a Hearing to Obtain Records [Docket No. 20]; Renewed Refiled Motion for Expedited Appointment of Counsel [Docket No. 21]; Demand for a Hearing to Determine if Larry Lee Seaburg Has Completed an Illegal Term of Supervised Release [Docket No. 22]; and Demand to Obtain Court Records [Docket No. 24] are hereby stricken from the Docket.

2. Petitioner Larry Seaburg is prohibited from filing additional motions in this case.

3. The Clerk of Court for the District of Minnesota is directed to refuse any documents submitted by Larry Lee Seaburg unless Seaburg has applied for, and received, the prior consent of a United States Magistrate Judge.


Dated: August 24, 2006                    s / Michael J. Davis
                                          Judge Michael J. Davis
                                          United States District Court